IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN TIMOTHY BURGESS,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPARTMENT OF HUMAN SERVICES, JESSICA WONG SUMIDA, HAWAIIAN AIRLINES, ELLADINE OLEVAO, ALLENE K. SUEMORI, ELIZABETH ANN ESCOBAR, STEPHANIE WILHELMINA BATZER, BRIAN ALEXANDER COSTA, JUSTIN LEE STURDIVANT, MARIA F. PENN, JUDITH A. SCHEVTCHUK, KAUPENAIKAIKA FRANCIS SOON, JOHN FREDERICK HINGMING CHOW, JOHN C. BRYANT JR., REBECCA ANN VRADENBURG COPELAND, NATASHA RANI SHAW, JESSI L.K. HALL,<br><br>  Defendants. | CIV. NO. 24-00228 DKW-RT<br><br>FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES |

**FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES**

On May 24, 2024, Plaintiff John Timothy Burgess, proceeding pro se, filed an *Application to Proceed in District Court Without Prepaying Fees or Costs* ("IFP Application"). ECF No. 2. The Court elects to decide this matter without a

hearing pursuant to Rule 7.1(d) of the *Local Rules of Practice for the United States District Court for the District of Hawaii* ("Local Rules"). The Court finds that Defendant has not properly completed the *IFP Application* and thus, has not sufficiently demonstrated entitlement to proceed *in forma pauperis* and **RECOMMENDS** that the district court **DENY** the *IFP Application* without prejudice.

## DISCUSSION

Plaintiff seeks to proceed *in forma pauperis* and must establish through his *IFP Application* that he is unable to pay the required fees. *See* 28 U.S.C. § 1915(a)(1). In determining whether Plaintiff may proceed *in forma pauperis*, the Court reviews, *inter alia*, the applicant's annual income, assets, liabilities and whether the applicant has any dependents. If based upon the information in the *IFP Application*, the Court determines that Plaintiff's annual income does not surpass the poverty threshold as determined by the Department of Health and Human Services, or even if it does, other circumstances render the Plaintiff unable to pay the filing fees, the Court may authorize Plaintiff to proceed without paying the required fees. *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citing *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948)) (the affidavit "is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life").

In this case, Plaintiff filed the correct document to present information regarding his financial status to the Court, but failed to properly respond to the questions listed in the document. As a result, the Court is unable to determine whether the marks on the document indicate that Plaintiff has absolutely no income, assets, liabilities or dependents, or if the scribbles are simply nonsensical markings, especially since Plaintiff answers to the first three questions in the document were unresponsive. If Plaintiff wishes to be considered for *in forma pauperis* status, he must answer all questions in the document and clearly indicate what income, if any, he is receiving.

## **CONCLUSION**

Based upon the foregoing, the Court **FINDS** that it is unable to determine whether Plaintiff is able to pay the court costs because the *IFP Application* was not properly completed and **RECOMMENDS** that the district court **DENY** the *IFP Application* without prejudice.

The Court further **RECOMMENDS** that Plaintiff be permitted to either pay the filing fee, or file a renewed application by any deadline set by the district court. Plaintiff **MAY NOT** file another *IFP Application* until the district court issues further instructions based upon these findings and recommendation.

3

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, June 25, 2024.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 24-00228 DKW-RT; *John Timothy Burgess vs. State of Hawaii Department of Human Services*; Findings and Recommendation to Deny Plaintiff's Application to Proceed Without Prepaying Fees

4