IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN TIMOTHY BURGESS,               )<br>                                                            )<br>          Plaintiff,                              )<br>                                                            )<br>     vs.                                              )<br>                                                            )<br>STATE OF HAWAII                           )<br>DEPARTMENT OF HUMAN            )<br>SERVICES; JESSICA WONG            )<br>SUMIDA; HAWAIIAN AIRLINES;  )<br>ELLADINE OLEVAO; ALLENE K. )<br>SUEMORI; ELIZABETH ANN        )<br>ESCOBAR; STEPHANIE               )<br>WILHELMINA BATZER; BRIAN   )<br>ALEXANDER COSTA; JUSTIN      )<br>LEE STURDIVANT; MARIA F.      )<br>PENN; JUDITH A. SCHEVTCHUK; )<br>KAUPENAIKAIKA FRANCIS       )<br>SOON; JOHN FREDERICK           )<br>HINGMING CHOW; JOHN C.        )<br>BRYANT JR.; REBECCA ANN       )<br>VRADENBURG COPELAND;        )<br>NATASHA RANI SHAW; JESSI     )<br>L.K . HALL ,                                      )<br>                                                            )<br>          Defendants.                         )<br>_____ ) | CV 24-00228 DKW-RT |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed on June 25, 2024 and

served on all parties on July 5, 2024 , and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Application to Proceed Without Prepaying Fees", ECF No. 9, are adopted as the opinion and order of this Court.

Plaintiff John Timothy Burgess may have until August 5, 2024 to either pay the filing fee or file a renewed application to proceed without prepaying fees or costs. Failure to pay the filing fee or file a renewed application to proceed without prepaying fees or costs by August 5, 2024 will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: July 22, 2024 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge